CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001


NOTICE OF APPEAL FROM
U.S. BANKRUPTCY COURT

In re: STEPHEN THOMAS YELVERTON
Adversary No.              14-10043


        YOU ARE HEREBY NOTIFIED that on  February 19, 2015   the appeal filed on
February 19, 2015   , docketed as dkt no.____, was entered on the docket and was
assigned to Judge  Christopher R. Cooper (CRC) .
Civil Action No.        15-277        has been assigned.

        Your attention is directed to Rule 8009 of the Bankruptcy Rules of
Procedure which provides:

        (1)    The Appellant shall serve and file his brief within
               fourteen (14) days after entry of the appeal;

        (2)    The Appellee shall serve and file his brief within
               fourteen (14) days after service of the brief of the
               appellant; and

        (3)    The Appellant may serve and file a reply brief within
               fourteen (14) days after service of the brief of the
               appellee.


        All filings in the case must be made via the Court's CM/ECF electronic
filing system.  In addition, please include on all subsequent papers both the
Bankruptcy or Adversary Proceeding Numbers and Civil Action or Miscellaneous
Numbers.

                              ANGELA D. CAESAR, CLERK

                              By  /s/ Michael Darby
                                   Deputy Clerk


cc:   U.S. Bankruptcy Court
        Natalie S. Walker