**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES ex rel**<br>**STEPHEN THOMAS YELVERTON,** | Adversary Proceeding No. 14-10043 |
| Appellant, | Bankruptcy Case No. 09-00414 |
| v. | Case No. 15-cv-00277 (CRC) |
| **FEDERAL INSURANCE COMPANY,** | |
| Appellee. | |

## ORDER STRIKING APPEAL

In an August 6, 2014 Opinion and Order, the Court sanctioned Appellant Stephen Thomas

Yelverton for frivolous and abusive filings because of his repeated attempts, in this Court and in

others, to harass individuals associated with his bankruptcy proceedings.  Because Yelverton had

filed duplicative adversary proceedings and motions related to allegations of fraud by the

bankruptcy trustee and his siblings, the Court ordered that "Appellant shall seek leave of this Court

before filing any new civil action in this Court by filing a separate motion for leave to file, not to

exceed three pages. In seeking leave to file any new complaint, the plaintiff must explain what new

matters are raised to warrant the filing of a new complaint." In re Yelverton, No. 13-cv-1544, 2014

WL 3850052, at *5 (D.D.C. Aug. 6, 2014).  This Order extends to appeals from bankruptcy orders,

such as this case.

Accordingly, it is hereby

**ORDERED** that Appellant Yelverton's appeal is hereby STRIKEN.  Appellant may seek to

refile his appeal by following the requirements set forth in the Court's prior order.

**SO ORDERED.**

_____
CHRISTOPHER R. COOPER
United States District Judge

Date:    March 3, 2015